IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LOUISE TOWER AND SHAWN MORSE,<br><br>    Petitioners,<br><br>vs.<br><br>UNITED STATES OF AMERICA, JOHN KOSKINEN, COMMISSIONER OF INTERNAL REVENUE, and BLANCHE GALASINAO, REVENUE AGENT,<br><br>    Respondents. | CIV. NO. 17-00226 JMS-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 29, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY THE PETITION TO QUASH 3RD PARTY SUMMONS AND TO GRANT THE UNITED STATES' MOTION FOR SUMMARY DENIAL OF THE PETITION TO QUASH AND FOR

///

///

ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS," ECF No. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 4, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Tower, et al. v. United States, et al.*, Civ. No. 17-00226 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation